## 12325. HINDSMAN *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial. The evidence authorized the verdict; it is approved by the trial judge, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 11, 1921.

Accusation of disturbing worship; from city court of Carrollton — Judge Hood. February 12, 1921.

*Emmett Smith,* for plaintiff in error.

*Willis Smith, solicitor,* contra.